# THE WEITZ LAW FIRM, P.A.

Bank of America Building  
18305 Biscayne Blvd., Suite 214  
Aventura, Florida 33160  
Main:  305-949-7777  
Fax:   305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

March 13, 2020

**VIA CM/ECF**
Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 24B
New York, New York 10007

        Re:    Girotto v. Girotto v. SMCP USA, Inc
                Case 1:18-cv-08733-AJN

Dear Judge Nathan:

      Pursuant to Order [D.E. 41], the Court requests an update on this on the status of the case no later than March 13, 2020.

      The undersigned, counsel for the Plaintiff reports that this case is now fully settled. As there were four Defendants in this matter, each party settled separately. As each Defendant completed their party's settlement, a notice of voluntary dismissal was filed. One of the Defendants, Samuji, Inc., went out of business, therefore no settlement was ever determined with this party. Nonetheless, the last Defendant to settle, 8-14 Prince Owners LLC. provided their settlement payment yesterday, therefore, this matter is now entirely settled. A Stipulation will be circulated on Monday and filed as it is fully executed.

      Thank you for your attention to this matter.

                              Yours very truly,

                              THE WEITZ LAW FIRM, P.A.

                              By: _____
                                  Robert J. Mirel, Esq.

cc:  Counsel of Record, via ECF